**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sharon Kay Riddick** | Social Security number or ITIN | **xxx−xx−4404** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | | |
| Case number: | **17−72638−FJS** | | |

# Discharge of Debtor

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharon Kay Riddick

September 23, 2019

**For the court:** William C. Redden
Clerk

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 17-72638-FJS
Sharon Kay Riddick Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-8 User: admin Page 1 of 2 Date Rcvd: Sep 24, 2019
Form ID: 318 Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.

db +Sharon Kay Riddick, 5705 Lynnhaven Pkwy, Apt. 321, Virginia Beach, VA 23464-9154
14903446 +ABNB Federal Credit Union, 830 Greenbriar Circle, Chesapeake, VA 23320-2624
13987678 +CBNA/Best Buy, PO Box 6000, Sioux Falls, SD 57117-6000
14903447 Credit Control Corporation, P.O. Box 120568, Newport News, VA 23612-0568
13987682 +Essence, 3000 University Center, Tampa, FL 33612-6400
13987683 Hampton Roads Radiology, P.O. Box 844555, Boston, MA 02284-4555
13987684 +Infinity at Centerville Crossi, 5657 Infinity Lane, Virginia Beach, VA 23464-8275
14903448 Inform Diagostics, Inc, P.O. Box 844117, Dallas, TX 75284-4117
14903450 +MRI & CT Diagnostics, 1554 River Birch Run North, Chesapeake, VA 23320-7500
13987686 +Mariner Finance, 829 Lynnhaven Pkwy, Suite 119, Virginia Beach, VA 23452-7224
14903449 +Medical Center Radiologists, P.O. Box 37, Indianapolis, IN 46206-0037
13987697 Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100
13987699 +The Billing Center, Time Customer Service, PO Box 62121, Tampa, FL 33662-2121
14903453 +Treasurer, City of VA Beach, 2401 Courthouse Drive, Virginia Beach, VA 23456-9120
13987700 +Treasurer, City of VA Beach, c/o John T. Atkinson, Treas., 2401 Courthouse Drive Bldg 1, Virginia Beach, VA 23456-9120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

13987673 +EDI: ACECASHXPRESS.COM Sep 25 2019 07:43:00 Ace Cash Express, 1231 Greenway Drive, #600, Irving, TX 75038-2511
13987675 +EDI: TSYS2.COM Sep 25 2019 07:43:00 Barclays Bank Delaware, P.O. Box 8833, Wilmington, DE 19899-8833
13987676 +E-mail/Text: bankruptcy@bayportcu.org Sep 25 2019 04:15:53 BayPort Credit Union, 3711 Huntington Avenue, Newport News, VA 23607-2795
13987677 +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Sep 25 2019 04:14:06 CashNetUSA, 175 W. Jackson Blvd, Suite 1000, Chicago, IL 60604-2863
14030998 +E-mail/Text: khorner@checkintocash.com Sep 25 2019 04:15:58 Check Into Cash Inc., Attn: Collections, PO Box 550, Cleveland, TN 37364-0550
13987679 E-mail/Text: khorner@checkintocash.com Sep 25 2019 04:15:58 Check into Cash, P.O. Box 550, Cleveland, TN 37364-0550
13987680 +EDI: WFNNB.COM Sep 25 2019 07:43:00 Comenity Bank/Lane Bryant, P.O. Box 182789, Columbus, OH 43218-2789
14125444 EDI: Q3G.COM Sep 25 2019 07:43:00 Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657
13987685 +EDI: TSYS2.COM Sep 25 2019 07:43:00 Macy’s/DSNB, P.O. Box 8053, Mason, OH 45040-8053
14018573 +EDI: NFCU.COM Sep 25 2019 07:43:00 Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000
13987687 +EDI: NFCU.COM Sep 25 2019 07:43:00 Navy Federal Credit Union, 820 Follin Lane SE, Vienna, VA 22180-4907
14018931 EDI: AGFINANCE.COM Sep 25 2019 07:43:00 ONEMAIN, PO BOX 3251, EVANSVILLE IN 47731-3251
13987672 +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Sep 25 2019 04:14:54 Office of the U.S. Trustee, 200 Granby Street, Suite 625, Norfolk, VA 23510-1814
13987688 EDI: AGFINANCE.COM Sep 25 2019 07:43:00 OneMain Financial, P.O. Box 6042, Sioux Falls, SD 57117-6042
14097257 EDI: PRA.COM Sep 25 2019 07:43:00 Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541
13987689 +E-mail/Text: bankruptcynotices@pch.com Sep 25 2019 04:14:39 Publishers Clearing House, 382 Channel Drive, Port Washington, NY 11050-2219
13987690 +E-mail/Text: BKMailbox@QVC.com Sep 25 2019 04:09:44 QVC, Inc., 1200 Wilson Drive, West Chester, PA 19380-4262
14125445 EDI: Q3G.COM Sep 25 2019 07:43:00 Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788
13987698 +EDI: RMSC.COM Sep 25 2019 07:43:00 SYNCB/Value City Furniture, P.O. Box 965036, Orlando, FL 32896-5036
14903451 +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 25 2019 04:16:17 Sentara, PO Box 79698, Baltimore, MD 21279-0698
13987691 +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 25 2019 04:16:17 Sentara Collections, P.O. Box 791168, Baltimore, MD 21279-1168
13987692 +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 25 2019 04:16:17 Sentara Healthcare, P.O. Box 1875, Norfolk, VA 23501-1875
13987693 +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 25 2019 04:16:17 Sentara Leigh Hospital, 830 Kempsville Rd, Norfolk, VA 23502-3920
13987694 +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 25 2019 04:16:17 Sentara Norfolk General, 600 Gresham Drive, Norfolk, VA 23507-1904
13987695 +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 25 2019 04:16:17 Sentara Princess Anne, 2025 Glen Mitchell Drive, Virginia Beach, VA 23456-0178
13987696 +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Sep 25 2019 04:16:17 Sentara VA Beach General, 1060 First Colonial Road, Virginia Beach, VA 23454-3002
14903452 +EDI: STF1.COM Sep 25 2019 07:43:00 SunTrust Bank, P.O. Box 85052, Richmond, VA 23285-5052
14084377 +EDI: RMSC.COM Sep 25 2019 07:43:00 Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021
13987701 +E-mail/Text: bkr@taxva.com Sep 25 2019 04:15:44 Virginia Dept of Taxation, P.O. Box 2156, Richmond, VA 23218-2156

District/off: 0422-8 User: admin Page 2 of 2 Date Rcvd: Sep 24, 2019
Form ID: 318 Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 29

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

14903454* +Virginia Dept of Taxation, P.O. Box 2156, Richmond, VA 23218-2156
13987674 ##+Alyssa Riddick, 5713 Amberbrooke Arch Apt 301, Virginia Beach, VA 23464-9150
13987681 ##+Eastern Account System, 75 Glen Road Suite 310, Sandy Hook, CT 06482-1175

TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2019 at the address(es) listed below:

Angela M. Haen on behalf of Debtor Sharon Kay Riddick ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com
Angela Rosario Diaz on behalf of Debtor Sharon Kay Riddick ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com
Clara P. Swanson clara.swanson@verizon.net, clarapswanson@yahoo.com;va10@ecfcbis.com
Jamie L. Winbury on behalf of Debtor Sharon Kay Riddick ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com
Kathryne Mary Rose Shaw on behalf of Debtor Sharon Kay Riddick ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com
Matthew R. Hahne on behalf of Debtor Sharon Kay Riddick ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com

TOTAL: 6